UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL E. DEMONS,

    Plaintiff,

v.                                          Case No. 3:24cv533-LC-HTC

ROCKY O'ROURKE,

    Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on December 16, 2024 (ECF No. 6), recommending that Plaintiff's case be dismissed without prejudice for failure to comply with the Court's orders. The Court has attempted to furnish a copy of the Report and Recommendation and afford Plaintiff an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). All mail has been returned as undeliverable, no forwarding address.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this order.

2.    This case is DISMISSED WITHOUT PREJUDICE for Demons's failure to comply with Court orders.

3.      The clerk shall close the file.

**DONE AND ORDERED** this 11th day of February, 2025.


                        s/*L.A. Collier*
                        **LACEY A. COLLIER**
                        **SENIOR UNITED STATES DISTRICT JUDGE**